UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LEANNE MARTEN, et al.,<br><br>　　　　　　Defendants. | Case No. CV-21-005-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that Judgment is entered in favor the Plaintiff and against the Defendants as stated in the Court's Order dated August 3, 2023, Doc. 42.

　　Dated this 3rd day of August, 2023.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Sarah Nagy
　　　　　　　　　　　　　　Sarah Nagy, Deputy Clerk